

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2022

No. 04-21-00579-CR

**EX PARTE ERIC URIEL SIFUENTES, ET AL**,

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 5135
Roland Andrade, Judge Presiding

# O R D E R

Sitting:      Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Consistent with Texas Rules of Appellate Procedure 2 and 31, to expedite a decision and for other good cause, we sua sponte suspend operation of the Texas Rules of Appellate Procedure in this proceeding.

In lieu of a clerk's record, we order the parties to file, by 5:00 p.m. on Friday, January 21, 2022, any documents, records, or other papers that were filed with the trial court that they want the court to review in the format described by Texas Rule of Appellate Procedure 52.6. If file-stamped copies are available, the court requests that the parties provide file-stamped copies. The court specifically requests that the parties include:

- the charging instrument or information for all defendants;
- documentation showing the date of arrest, booking information, or date of incarceration for all defendants;
- the application for writ of habeas corpus;
- all orders; and
- information regarding bail or bond for any defendant who has received bail or bond.

We order the parties to file, by 5:00 p.m. on Friday, January 28, 2022, any additional briefing they want the court to consider.

Consistent with Internal Operating Procedure 8(g), we order this cause submitted ON BRIEFS ONLY on Friday, January 28, 2022 before a panel of Justice Beth Watkins, Justice Liza A. Rodriguez, and Justice Lori I. Valenzuela.

We are required to take these actions under Texas Rule of Appellate Procedure 37.3(a) to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3(a)(2).

It is so **ORDERED** January 14, 2022.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT